UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20444-COOKE

UNITED STATES OF AMERICA

v.

NANCY LEONOR GARCIA,

Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER is before the Court upon motion of the United States of America (the "United States") for entry of a Preliminary Order of Forfeiture ("Motion") against Defendant Nancy Leonor Garcia (the "Defendant"). The Court has considered the Motion, is otherwise advised in the premises, and finds as follows:

On August 27, 2021, the United States filed an Information charging the Defendant in Count 1 with conspiracy to distribute and dispense controlled substances in violation of 21 U.S.C. § 846. Information, ECF No. 1. The Information also contained forfeiture allegations, which alleged that upon conviction of a violation of 21 U.S.C. § 846, the Defendant shall forfeit all property constituting or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, pursuant to 21 U.S.C. § 853. *See id.* at 2.

On September 29, 2021, the Court accepted the Defendant's guilty plea to Count 1 of the Information. *See* Minute Entry, ECF No. 10; Plea Agreement ¶ 12, ECF No. 12. As part of the guilty plea, the Defendant agreed to the entry of a forfeiture money judgment against her in an amount to be determined at sentencing. Plea Agreement ¶ 17, ECF No. 12.

In support of the guilty plea, the Defendant executed a Factual Proffer, and the Court found that there was a factual basis to support the Defendant's conviction.  *See* Factual Proffer, ECF No. 13.

As described in the Defendant's factual proffer, from in or around May 2018 and continuing until in or around June 2019, the Defendant knowingly and willfully combined, conspired, and agreed with others to distribute and dispense Oxycodone.  Factual Proffer at 1, ECF No. 13.

General Care Center, Inc. ("GCC") was a cash-only pain clinic located in Miami, Florida. The Defendant was hired at GCC to prescribe controlled substances to GCC patients as part of a pill mill scheme.  *Id.* GCC patients paid a cash fee of between $250 - $300 in exchange for an Oxycodone prescription.  *Id.*  In exchange for her participation in this scheme, the Defendant was typically paid $100 per prescription, in cash.  *Id.*

As described in the attached declaration of Special Agent Valdes, law enforcement has reviewed bank records for the Defendant and determined that the Defendant earned approximately $282,550.00 in currency and checks from GCC during the time of the conspiracy.

Based on the record in this case, the total value of the gross proceeds traceable to the offense of conviction is $282,550.00, which sum may be sought as a forfeiture money judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that:

1.      Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $282,550.00 is hereby entered against the Defendant.

2. The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to the Defendant.

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

**DONE AND ORDERED** in Miami, Florida, this 25th day of January 2022.

_____
MARCIA G. COOKE
United States District Judge